IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TAURUS IP, LLP,

                                                                                                         ORDER

                              Plaintiff,

                                                                                 07-C-158-C

     v.

DAIMLERCHRYSLER CORPORATION,
DAIMLERCHRYSLER COMPANY, LLC and
MERCEDES-BENZ USA, INC.,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MERCEDES-BENZ USA, LLC and
DAIMLERCHRYSLER COMPANY, LLC,

                            Third Party Plaintiffs,

     v.

TAURUS IP, LLC, ORION IP, LLC,
PLUTUS IP, LLC, CONSTELLATION IP, LLC,
PLUTUS IP WISCONSIN, LLC
and ERICH SPANGENBERG,

                            Third Party Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Presently before the court is a motion for leave to file a third amended complaint

1

filed by plaintiff Taurus IP on August 4, 2007. In an order dated July 25, 2007, I denied as moot 13 motions to dismiss in light of defendants' amended counterclaims and third party complaints filed in the midst of briefing. Dkt. # 132. The parties promptly refiled their motions to dismiss and briefing began anew. Because plaintiff's third amended complaint included no substantive changes, I delayed granting the motion and instead first addressed the parties' motions to dismiss in the interest of avoiding further delay. Having done so in an order dated October 15, 2007, I now turn to plaintiff's motion to file a third amended complaint.

Plaintiff requests leave to file a third amended complaint because defendant DaimlerChrysler Company, LLC has been sold and plaintiff wishes the complaint to reflect defendants' current corporate structure and name the proper parties. Defendants did not oppose plaintiffs' motion and I see no reason to deny it. Thus, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, I grant plaintiffs' motion.

ORDER

IT IS ORDERED that plaintiff Taurus's motion for leave to file a third amended

2

complaint is GRANTED.

Entered this 16th day of October, 2007.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge