IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TAURUS IP, LLP,

                                                                ORDER

                Plaintiff,

                                                                07-C-158-C

     v.

DAIMLERCHRYSLER CORPORATION,
DAIMLERCHRYSLER COMPANY, LLC and
MERCEDES-BENZ USA, INC.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MERCEDES-BENZ USA, LLC and
DAIMLERCHRYSLER COMPANY, LLC,

               Third Party Plaintiffs,

     v.

TAURUS IP, LLC, ORION IP, LLC,
PLUTUS IP, LLC, CONSTELLATION IP, LLC,
PLUTUS IP WISCONSIN, LLC
and ERICH SPANGENBERG,

                         Third Party Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        In an order dated November 9, 2007, I construed certain claim terms in plaintiff

Taurus IP, LLC's United States Patent No. 6,141,658 (the '658 patent). The deadline for filing dispositive motions fell on the same day. Defendants filed a timely motion for summary judgment on patent infringement and validity issues by the due date, without the benefit of this court's claim term constructions. Because the constructions could affect defendants' motion, I will grant defendants until November 27, 2007 to refile their motion for summary judgment in light of the claim construction order, and will not consider defendants' motion filed on November 9, 2007.

ORDER

IT IS ORDERED that defendants DaimlerChrysler Corporation, DaimlerChrysler Company, LLC and Mercedes-Benz USA, Inc. shall have until November 27, 2007 to file a motion for summary judgment on issues of patent infringement and nonvalidity. The motion for summary judgment filed by defendants on November 9, 2007 (Dkt# pending) will not be considered.

Entered this 14th day of November, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge