IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TAURUS IP, LLC, a Wisconsin Limited
Liability Corporation,

    Plaintiff,

        v.

TOYOTA MOTOR NORTH AMERICA,
INC., TOYOTA MOTOR SALES USA,
INC.,

    Defendants,

DAIMLERCHRYSLER CORPORATION,
MERCEDES-BENZ USA, INC.,

    Defendants and Third-Party Plaintiff,
_____

DAIMLERCHRYSLER COMPANY LLC,

    Counterclaim Plaintiff,

        v.

TAURUS IP, LLC, ORION IP, LLC,
CONSTELLATION IP, LLC and
ERICH SPANGENBERG,

    Counterclaim Defendants.

ORDER

3: 07-cv-00158-bbc

---

The parties in this case jointly have stipulated to amend briefing schedules on the motion for summary judgment and the motion to dismiss based on Rule 12(b)(6). The upshot is that both summary judgment motions would be under advisal to the court by January 14, 2008, with the dismissal motion under advisal by January 2, 2008.

The requested extensions infringe on the court's time for ruling on the motions. Even so, the court is willing in this one instance to grant the requested extensions, with the understanding that rulings are not likely to be issued much before trial.

The stipulation is accepted and the extensions are granted.

Entered this 28th day of November, 2007.

                                      BY THE COURT:
                                      /s/
                                      STEPHEN L. CROCKER
                                      Magistrate Judge