IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRYSLER, LLC, and
MERCEDES BENZ USA LLC,

                                                                 ORDER

                 Plaintiffs,

                                                         07-cv-158-bbc

    v.

ORION IP, LLC and
ERICH SPANGENBERG,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At a hearing held on Friday, April 11, 2008, I denied plaintiffs' motion for an injunction preventing defendants from disposing of or otherwise accessing funds held in defendant Orion's bank account with Wells Fargo pending the outcome of this litigation. Although I can understand plaintiffs' concern that the funds may not be available when the court has determined all of the remaining issues in the lawsuit, plaintiffs have not shown that they are entitled to an injunction.

Defendants asked for a four-day extension of the time for filing their responses to plaintiffs' post-trial briefs. The request is GRANTED. Plaintiffs may have four extra days

1

in which to file their reply briefs.

    Entered this 15th day of April, 2008.

                                       BY THE COURT:
                                       /s/
                                       BARBARA B. CRABB
                                       District Judge