IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SILICON GRAPHICS, INC.,

                Plaintiff,

      v.

ATI TECHNOLOGIES, INC.,
ATI TECHNOLOGIES, ULC and
ADVANCED MICRO DEVICES, INC.,

                Defendants.

MEMORANDUM

06-cv-611-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICOH COMPANY, LTD.,

                Plaintiff,

      v.

QUANTA COMPUTER, INC.
 and QUANTA STORAGE, INC.

                Defendants.

MEMORANDUM

06-cv-462-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TAURUS IP, LLP,

                Plaintiff,

      v.

TOYOTA MOTOR NORTH AMERICA
INC., TOYOTA MOTOR SALES USA, INC.,

MEMORANDUM

07-C-158-C

1

DAIMLERCHRYSLER CORPORATION,
DAIMLERCHRYSLER COMPANY, LLC and
MERCEDES-BENZ USA, INC.,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   These cases have three things in common.  Each was related to alleged patent infringement, each was closed several years ago and each has a court record that includes several boxes of sealed filings.  In accordance with court policy, the clerk of court sent the full record in these cases to the federal records center for long-term storage.  However, the center has informed the court that it cannot accept cases with sealed filings.

   Because all of these cases were closed years ago, it seems unlikely that they contain information that is still confidential.  Accordingly, it is the court's intention to unseal the files so that they can be stored at the federal records center.

   If any of the parties object to this decision, they may have until August 20, 2015 to raise those objections with the court.  However, any objecting party must be prepared to explain its specific objection as to *each* individual document that it believes must remain sealed.  In addition, the objecting party must show that the particular documents satisfies the sealing standards articulated by the Court of Appeals for the Seventh Circuit.  E.g., City of Greenville, Illinois v. Syngenta Crop Protection, LLC, 764 F.3d 695, 697 (7th Cir. 2014); GEA Grp. AG v. Flex-N-Gate Corp., 740 F.3d 411, 419-20 (7th Cir. 2014); Goesel v. Boley

International (H.K.) Ltd., 738 F.3d 831, 833 (7th Cir. 2013).  If none of the parties respond

by August 20, I will unseal all of the filings in these cases.

Entered this 30th day of July, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

3