IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| TAURUS IP, LLP, | |
| | ORDER |
| Plaintiff, | |
| | 07-cv-158-bbc |
| v. | |
| TOYOTA MOTOR NORTH AMERICA INC., TOYOTA MOTOR SALES USA, INC., DAIMLERCHRYSLER CORPORATION, DAIMLERCHRYSLER COMPANY, LLC and MERCEDES-BENZ USA, INC., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order dated July 30, 2015, I directed the parties to show cause why all the filings in this case should not be unsealed. Dkt. #571. Because none of the parties responded to the order, the clerk of court is directed to UNSEAL all sealed documents filed by the parties.

Entered this 23d day of September, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1